

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ashley Rogers, an individual | Civil Action No.  19-cv-02391-JM-AHG |
| **Plaintiff,** | |
| V. | |
| Thomas W. Harker, Acting Secretary of the Navy | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

IT IS HEREBY ORDERED AND ADJUDGED:

Pursuant to Rule 68, Judgment is entered in favor of Plaintiff and against Defendant in the sum of one hundred five thousand dollars ($105,000.00) to Plaintiff Ashley Rogers ("Plaintiff"), as set out and pursuant to all other terms of, the Offer of Judgment.

Date: 8/17/21

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ S. Tweedle

S. Tweedle, Deputy